Kimberly E. Colwell (SBN: 127604)
kcolwell@meyersnave.com
Kimberly M. Drake (SBN: 209090)
kdrake@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, CA  94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Attorneys for Defendant
CITY OF FAIRFIELD, FAIRFIELD POLICE OFFICERS
CADE BECKWITH, STEVE TROJANOWSKI, SR.,
STEVE TROJANOWSKI, JR., and JIMMIE WILLIAMS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS VIA,<br><br>              Plaintiff,<br><br>v.<br><br>CITY OF FAIRFIELD, et al.<br><br>              Defendants. | Docket No:  2:10−CV−03202−WBS−DAD<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER DISMISSING THE FOLLOWING CLAIMS OR CAUSES OF ACTION FROM PLAINTIFF THOMAS VIA'S COMPLAINT FOR VIOLATION OF CIVIL RIGHTS AND DAMAGES:**<br><br>**(1) FIRST CAUSE OF ACTION**, pursuant to 42 U.S.C. § 1983, for violation of due process rights guaranteed under the Fifth and Fourteenth Amendments;<br><br>**(2) FIRST CAUSE OF ACTION**, pursuant to 42 U.S.C. §1983, for violation of equal protection rights guaranteed under the Fourteenth Amendment;<br><br>**(3) FIRST CAUSE OF ACTION**, pursuant to 42 U.S.C. §1983, for violation of privacy rights guaranteed under the Fourth and Ninth Amendments;<br><br>**(4)  SIXTH CAUSE OF ACTION**, "Negligent Infliction of Emotional Distress";<br><br>**(5) TENTH CAUSE OF ACTION**, "Negligent Hiring, Retention, Training, Supervision, and Discipline."<br><br><br>Action Filed:  November 29, 2010 |

Joints Stipulation and [Proposed] Order Dismissing Claims or Causes of Action from Plaintiff's Complaint

Plaintiff THOMAS VIA ("Plaintiff") and Defendants CITY OF FAIRFIELD and FAIRFIELD POLICE OFFICERS CADE BECKWITH, STEVE TROJANOWSKI, SR., STEVE TROJANOWSKI, JR. and JIMMIE WILLIAMS ("City Defendants"), by and through their attorneys of record, respectfully submit the present Joint Stipulation dismissing certain of Plaintiff's claims and causes of action in Plaintiff's "Complaint for Damages For Violation of Civil Rights."

Plaintiff and City Defendants hereby STIPULATE AND AGREE as follows:

1. <u>Dismissal with prejudice:</u>  Plaintiff hereby dismisses with prejudice from the Complaint for Violation of Civil Rights on file in this action, Case No. 2:10-cv-03202-WBS-DAD, all claims in the **First** Cause of Action pursuant to 42 U.S.C. § 1983 for violation of Plaintiff's Fifth and Fourteenth Amendments right to due process against City Defendants, and each of them;

2. <u>Dismissal with prejudice:</u>  Plaintiff hereby dismisses with prejudice from the Complaint for Violation of Civil Rights on file in this action, Case No. 2:10-cv-03202-WBS-DAD, all claims in the **First** Cause of Action pursuant to 42 U.S.C. § 1983 for violation of Plaintiff's right to equal protection under the Fourteenth Amendment against City Defendants, and each of them;

3. <u>Dismissal with prejudice:</u>  Plaintiff hereby dismisses with prejudice from the Complaint for Violation of Civil Rights on file in this action, Case No. 2:10-cv-03202-WBS-DAD, all claims in the **First** Cause of Action pursuant to 42 U.S.C. § 1983 for violation of Plaintiff's right of privacy under the Fourth and Ninth Amendments against City Defendants, and each of them;

4. <u>Dismissal with prejudice:</u>  Plaintiff hereby dismisses with prejudice from the Complaint for Violation of Civil Rights on file in this action, Case No. 2:10-cv-03202-WBS-DAD, the **Sixth** Cause of Action for "Negligent Infliction of Emotional Distress" against City Defendants, and each of them;

5. <u>Dismissal with prejudice:</u>  Plaintiff hereby dismisses with prejudice from the Complaint for Violation of Civil Rights on file in this action, Case No. 2:10-cv-03202-WBS-DAD, the **Tenth** Cause of Action for "Negligent Hiring, Retention, Training, Supervision, and Discipline" against City Defendants, and each of them;

6. <u>Costs.</u>  Plaintiff and City Defendants shall bear his or her or its own attorney's fees and costs as to each and every dismissed claim and cause of action set forth above;

7. Plaintiff and City Defendants further stipulate that the Court may enter an order based upon this Stipulation.

**IT IS SO STIPULATED.**

Dated:  March 30, 2011          Respectfully submitted,

LAW OFFICES OF JOHN L. BURRIS


By:     /s/ Benjamin Nisenbaum
        Benjamin Nisenbaum
        Attorneys for Plaintiff
        THOMAS VIA


Dated:  April 5, 2011          Respectfully submitted,

MEYERS, NAVE, RIBACK, SILVER & WILSON


By:     /s/ Kimberly M. Drake
        Kimberly M. Drake
        Attorneys for Defendant
        CITY OF FAIRFIELD et al.

**ORDER**

**PURSUANT TO JOINT STIPULATION OF THE PARTIES, IT IS SO ORDERED.**

Dated:   April 6, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1619113.1