1  Kimberly E. Colwell (SBN: 127604)
   kcolwell@meyersnave.com
2  Kimberly M. Drake (SBN: 209090)
   kdrake@meyersnave.com
3  MEYERS, NAVE, RIBACK, SILVER & WILSON
   555 12th Street, Suite 1500
4  Oakland, CA  94607
   Telephone: (510) 808-2000
5  Facsimile: (510) 444-1108

6  Attorneys for Defendant
   CITY OF FAIRFIELD, FAIRFIELD POLICE OFFICERS
7  CADE BECKWITH, STEVE TROJANOWSKI, SR.,
   STEVE TROJANOWSKI, JR., and JIMMIE WILLIAMS
8
                IN THE UNITED STATES DISTRICT COURT
9
                FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11 THOMAS VIA,                          Docket No:  2:10−CV−03202−WBS−DAD

12              Plaintiff,              **JOINT STIPULATION AND [PROPOSED]
                                        ORDER CONTINUING SCHEDULING
13 v.                                   CONFERENCE**

14 CITY OF FAIRFIELD, et al.
                                        Action Filed:  November 29, 2010
15              Defendants.

---

Joint Stipulation and [Proposed] Order Continuing Scheduling Conference

Plaintiff THOMAS VIA ("Plaintiff") and Defendants CITY OF FAIRFIELD and FAIRFIELD POLICE OFFICERS CADE BECKWITH, STEVE TROJANOWSKI, SR., STEVE TROJANOWSKI, JR. and JIMMIE WILLIAMS ("City Defendants"), by and through their attorneys of record, respectfully submit the present Joint Stipulation to continue the Scheduling Conference on May 2, 2011 to May 23, 2011, which is the date for hearing on Defendants' Motion to Dismiss, or the next available date as convenient to the Court and the parties.

WHEREAS, the parties have met and conferred and worked together to streamline the pleadings and move the case along;

WHEREAS, certain claims have been dismissed from the Plaintiff's Complaint for Damages for Violation of Civil Rights by joint stipulation;

WHEREAS, Defendants filed a Motion to Dismiss the remaining claims on various grounds;

WHEREAS, the hearing on the Defendants' Motion to Dismiss is currently scheduled for May 23, 2011;

WHEREAS, the parties seek to continue the Scheduling Conference currently set for May 2, 2011 to May 23, 2011, or a later date as convenient to the Court and the parties, so that any pleading issues are resolved and the parties know what claims are remaining in the case going forward;

WHEREFORE, the Plaintiff and City Defendants hereby STIPULATE AND AGREE as follows:

The Scheduling Conference currently set for May 2, 2011 may be continued to May 23, 2011 or the next available date as convenient to the Court and the parties.

**IT IS SO STIPULATED.**

Dated:  April 19, 2011                   Respectfully submitted,

                                         LAW OFFICES OF JOHN L. BURRIS


                                         By:     /s/Benjamin Nisenbaum
                                             Benjamin Nisenbaum
                                             Attorneys for Plaintiff
                                             THOMAS VIA

1

Joint Stipulation and [Proposed] Order Continuing Scheduling Conference

Dated:  April 19, 2011          Respectfully submitted,

                              MEYERS, NAVE, RIBACK, SILVER & WILSON


                              By:   /s/Kimberly M. Drake
                                  Kimberly M. Drake
                                  Attorneys for Defendant
                                  CITY OF FAIRFIELD et al.

## ORDER

Pursuant to Joint Stipulation of the parties, IT IS HEREBY ORDERED THAT

1.      The May 2, 2011 Scheduling Conference is hereby VACATED;

2.      The Scheduling Conference is reset for **June 27, 2011 at 2:00 p.m.**   A Joint Status Report shall be filed no later than June 13, 2011.

**IT IS SO ORDERED.**

Dated:   April 21, 2011

*[signature]*

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1631447.1